Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

**No. 51516.**—Protests 956901–G, etc., of Raylite Trading Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that certain items of the merchandise consist of Christmas tree star lamps similar in all material respects to the merchandise which formed the subject of *New York Merchandise Co.* v. *United States* (16 Cust. Ct. 148, C. D. 1003). In accordance therewith the claim of the plaintiff was sustained.

**No. 51517.**—Protests 111097–K, etc., of Otto C. Ling & Son, Inc., et al. (New York).

Opinion by LAWRENCE, J. An examination of the papers disclosing no error in the collector's decision, which was presumptively correct, the protests were overruled.

**No. 51518.**—Protests 113787–K, etc., of F. A. Baker Co. et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 15, 1947

**No. 51519.**—Protests 19931–K, etc., of Lun Tai & Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51520.**—Protests 816457–G, etc., of Chong Lung et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51521.**—Protests 861811–G, etc., of Sun Goon Shing Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.